**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | 12-04023M-001-PCT-MEA |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Kenneth Ray Welch, ) | |
| Defendant. ) | |

The defendant appeared in court with counsel. The defendant's probable cause hearing was reserved for the prosecuting district and his detention hearing was held by defendant through defense counsel.

IT IS ORDERED that the defendant is detained as flight risk and danger, pending further revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show he is not a flight risk or a danger.

DATED this 18th day of January, 2012.

_____
Mark E. Aspey
United States Magistrate Judge